[No. 7,312.—Department Two.]

SARAH E. HENSHAW ET AL. *v.* C. T. H. PALMER ET AL.

DISMISSAL OF APPEAL.

APPEAL from an order denying a new trial, and from an
order made after judgment, in the Superior Court of Alameda
County.  CRANE, J.

The former order was made February 3, 1880, and the latter February 19, 1880. The notice of appeal was dated May 29, 1880.

*Moses G. Cobb,* for Appellants.

*Estee & Boalt, C. A. Tuttle & Chickering,* and *Thomas,* for Respondents.

The COURT:

Ordered, that the appeal be dismissed.